

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00475-CV

**IN THE INTEREST OF G.E.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's final order signed on June 20, 2019 is REVERSED and the cause is REMANDED to the trial court for further proceedings.

SIGNED January 2, 2020.

_____
Liza A. Rodriguez, Justice